# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SUSAN ANN MYERS,** | : | |
| Plaintiff, | : | CIVIL ACTION NO. 3:13-0162 |
| v. | : | (JUDGE MANNION) |
| **CAROLYN W. COLVIN,** Acting Commissioner of Social Security | : : | |
| Defendant | : | |

## O R D E R

For the reasons stated in the court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** The plaintiff's appeal of the decision of the Commissioner of Social Security, **(Doc. No. 3)**, is **GRANTED**;

**(2)** The decision of the Commissioner is **REVERSED**;

**(3)** The Commissioner is directed to award the plaintiff benefits as of her alleged onset date; and

**(4)** The Clerk of Court is **ORDERED** to close this case.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

Date: June 23, 2014

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2013 MEMORANDA\13-0162-01.ORDER.wpd